Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
jbraster@nblawnv.com
bgordon@nblawnv.com

Cheryl O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 553-7505
coconnor@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rafael Figueira,<br><br>   Plaintiff,<br><br>  v.<br><br>Experian Information Soluntions, Inc.;<br>Equifax Information Services, LLC; and<br>Trans Union LLC,<br><br>   Defendants. | Case No. 2:23-cv-00332-GMN-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed:  03/02/2023 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Rafael Figueira ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on March 2, 2023, and currently, Experian's responsive pleading is due April 12, 2023.  (ECF No. 1.)  The first extension will allow Experian an

opportunity to investigate the facts of this case and to avoid the incurrence of additional

attorneys' fees when this matter may be resolved shortly.  Plaintiff and Experian stipulate and

agree that Experian shall have an extension until May 3, 2023, to file its responsive pleading.

      This is Experian's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian

an opportunity to more fully investigate the claims alleged.

      **IT IS SO STIPULATED.**

      DATED this 29th day of March 2023.

NAYLOR & BRASTER

CONSUMER ATTORNEYS

By: */s/ Benjamin Gordon*
    Jennifer L. Braster
    Nevada Bar No. 9982
    Benjamin B. Gordon
    Nevada Bar No. 15552
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

    Cheryl O'Connor
    Nevada Bar No. 14745
    JONES DAY
    3161 Michelson Drive, Suite 800
    Irvine, CA 92612

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

By: */s/ Michael Yancey*
    Michael Everett Yancey, III
    Nevada Bar No. 16158
    2300 West Sahara Avenue, Suite 800
    Las Vegas, NV 89102

*Attorney for Plaintiff Rafael Figueira*

**IT IS SO ORDERED.**

Dated this ___29th___ day of March 2023.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -