SEYFARTH SHAW LLP
Jennifer R. Brooks (State Bar No. 14480)
jrbrooks@seyfarth.com
700 Milam Street
Suite 1400
Houston, Texas  77002-2812
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL FIGUEIRA, | Case No.: 2:23-cv-00332-GMN-VCF |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION LLC, | |
| Defendants. | |

**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 12, 2023 through and including May 3, 2023. Plaintiff and Equifax are actively engaged in settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

| | |
|---|---|
| Dated: April 6, 2023 | Respectfully submitted,<br><br>SEYFARTH SHAW LLP<br><br>By:  */s/ Jennifer R. Brooks*<br>     Jennifer R. Brooks<br>     jrbrooks@seyfarth.com<br>     SEYFARTH SHAW LLP<br>     700 Milam Street<br>     Suite 1400<br>     Houston, Texas  77002-2812<br>     Telephone:  (713) 225-2300<br>     Facsimile:  (713) 225-2340<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |
| Dated: April 6, 2023 | Agreed & Consented to:<br><br>CONSUMER ATTORNEYS<br><br>By:  */s/ Michael Yancey III*<br>     Michael Yancey III<br>     myancey@consumerattorneys.com<br>     CONSUMER ATTORNEYS<br>     2300 West Sahara Avenue<br>     Suite 800<br>     Las Vegas, NV 89102<br>     Telephone:  (480) 573-9272<br><br>*Counsel for Plaintiff*<br>*Rafael Figueira* |

IT IS SO ORDERED:

_____
United States Magistrate Judge
DATED:   4-6-2023   _____

SEYFARTH SHAW LLP
Attorneys at Law
Houston

2

93723186v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I presented the foregoing STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

SEYFARTH SHAW LLP
Attorneys at Law
Houston

93723186v.1