Michael J. Plati
admitted pro hac vice
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (718) 715-1750
E: mplati@consumerattorneys.com

Michael Yancey III
Nevada Bar Number 16158
CONSUMER ATTORNEYS
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
E: myancey@consumerattorneys.com
*Attorneys for Plaintiff*
*Rafael Figueira*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Rafael Figueira,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC; And Trans Union LLC,<br><br>Defendants. | Case No.: 2:23-cv-00332-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Rafael Figueira ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Experian. Plaintiff and Experian shall bear their own attorneys' fees and costs incurred in the action against Experian.

1

There are no remaining Defendants in this matter.

RESPECTFULLY SUBMITTED this 3rd day of August 2023.

| | |
|---|---|
| By: */s/ Michael J. Plati*<br>Michael J. Plati<br>admitted pro hac vice<br>CONSUMER ATTORNEYS<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (602) 807-1505<br>F: (718) 715-1750<br>E: mplati@consumerattorneys.com<br><br>Michael Yancey III, NV #16158<br>CONSUMER ATTORNEYS<br>2300 West Sahara Ave. Suite 800<br>Las Vegas, NV 89102<br>E: myancey@consumerattorneys.com<br>T: (480) 573-9272<br>F: (718) 715-1750<br><br>Consumer Attorneys<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorneys for Plaintiff Rafael Figueira* | */s/ Benjamin Gordon*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin Gordon<br>Nevada Bar No. 15552<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>(T) (702) 420-7000<br>(F) (702) 420-7001<br>jbraster@nblawnv.com<br>bgordon@nblawnv.com<br><br>Cheryl O. Connor<br>Nevada Bar No. 14745<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>(T) (949) 851-3939<br>(F) (949) 420-7001<br><br>*Attorneys for Defendant* Experian Information Solutions, Inc. |

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice.

Dated: August 3, 2023

_____
Judge Gloria M. Navarro
United States District Judge